1   LEWIS BRISBOIS BISGAARD & SMITH LLP
    Eric Y. Kizirian, SB# 210584
2       Eric.Kizirian@lewisbrisbois.com
    Michael K. Grimaldi, SB# 280939
3       Michael.Grimaldi@lewisbrisbois.com
    Zourik Zarifian, SB# 306368
4       Zourik.Zarifian@lewisbrisbois.com
    633 West 5th Street, Suite 4000
5   Los Angeles, California 90071
    Tel.: 213.250.1800
6   Fax: 213.250.7900

7   Attorneys for Defendants,
    Lamps Plus, Inc., Lamps Plus Centennial,
8   Inc., Lamps Plus Holdings, Inc.

9

10                     UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  FRANK VARELA, on behalf of himself        Case No. 5:16-cv-00577-DMG
    and all others similarly situated,
14                                            Hon. Dolly M. Gee
                   Plaintiff,
15                                            **LAMP PLUS'S NOTICE OF MOTION AND
                                              MOTION TO COMPEL ARBITRATION ON
16         vs.                                AN INDIVIDUAL BASIS AND,  IN THE
                                              ALTERNATIVE, A RULE 12(B)(6)
17  LAMPS PLUS, INC., LAMPS PLUS              MOTION TO DISMISS**
    CENTENNIAL, INC., LAMPS PLUS
18  HOLDINGS, INC., and Does 1 through 10,
    inclusive,                                Filed concurrently with the
19                                            Memorandum of Points and Authorities,
                   Defendants.                the Declaration of Lamps Plus's HR
20                                            director Lucenda Jo Beeson, and the
                                              Proposed Order
21

22                                            Date:        July 1, 2016
                                              Time:        9:30 a.m.
23                                            Courtroom: 7

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-7654-6610.1                                              5:16-cv-00577-DMG
LAMPS PLUS'S MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND, ALTERNATIVELY, MOTION TO DISMISS

1

2

**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS AND, IN THE ALTERNATIVE, MOTION TO DISMISS**

3      Please Take Notice that on July 1, 2016, or as soon thereafter as the matter

4  may be heard in Courtroom 7 of the United States Courthouse, located at 312 North

5  Spring Street, Los Angeles, California, Defendants Lamps Plus, Inc., Lamps Plus

6  Centennial, Inc., and Lamps Plus Holdings, Inc ("Lamps Plus") will, and hereby

7  does, move the Court under the Federal Arbitration act ("FAA"), 9 U.S.C. § 2 et

8  seq., for an order compelling Plaintiff Frank Varela to arbitrate on an individual

9  basis according to the terms of Lamp Plus's Arbitration Agreement.

10      In the alternative, Lamps Plus moves under Federal Rule of Civil Procedure

11  12(b)(6) to dismiss the Complaint on the grounds that Plaintiff has failed to state a

12  claim upon which relief may be granted.

13      This motion is based on this Notice, the Memorandum of Points and

14  Authorities, the Declaration of Lamps Plus's HR Director Lucenda Jo Beeson, and

15  all other facts the Court may or should take notice of, all files, records, and

16  proceedings in this case, and any oral argument the Court may entertain.

17      This motion is made following the May 23, 2016 conference of counsel per

18  the Court's Standing Order and L.R. 7-3 during which the parties discussed at length

19  the issues and arguments raised in this motion to compel arbitration and, in the

20  alternative, motion to dismiss.  Counsel telephonically met and conferred again on

21  May 24.  Despite a significant amount of effort by both parties, no agreement could

22  be reached.

23  Dated: May 31, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP

24

25                           By: _____

26                              Eric Y. Kizirian
                               Attorneys for Defendants
27                              Lamps Plus, Inc., Lamps Plus Centennial,
                               Inc., and Lamps Plus Holdings, Inc.

28