UNITED STATES DISTRICT COURT     **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 16-577-DMG (KSx)** | Date | July 8, 2019 |
|---|---|---|---|

| Title | ***Frank Varela v. Lamps Plus, Inc., et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER VACATING JUDGMENT, COMPELLING ARBITRATION ON INDIVIDUAL BASIS, AND DISMISSING ACTION**

In light of the Supreme Court's decision in *Lamps Plus, Inc. v. Varela,* No. 17-988, 2019 WL 1780275 (U.S. Apr. 24, 2019), the Ninth Circuit Court of Appeals, on May 31, 2019, issued its order vacating its memorandum disposition dated August 3, 2017, entering judgment reversing this Court's judgment of July 7, 2016 and remanding this case for further proceedings consistent with the Supreme Court's opinion.  [Doc. # 54.]

The Court of Appeals' May 31, 2019 judgment became effective upon the issuance of the Ninth Circuit's mandate on June 6, 2019.  [Doc. # 55.]

Accordingly, IT IS ORDERED that this Court's judgment of July 7, 2016 [Doc. # 40] is VACATED, Defendants' motion to compel arbitration on an individual basis is GRANTED, and this action is DISMISSED.